John J. Bartko, State Bar No. 37372
Brian P. Villarreal, State Bar No. 234690
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiffs
DARIUS MILLER and DARA MILLER

Martin E. Rosen, State Bar No. 108998
Misty A. Murray, State Bar No. 196879
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Telephone:   (213) 680-2800
Facsimile:    (213) 614-7399

Attorneys for Defendants
SECURITY LIFE OF DENVER INSURANCE
COMPANY and ING AMERICA EQUITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARIUS MILLER and DARA MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES INC., a Colorado corporation; SOUTHLAND LIFE INSURANCE COMPANY, a Texas corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C-11-01175 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Initial Case Management Conference is currently set for June 23, 2011; and

WHEREAS, Local Rule 16-10 requires the attendance of lead trial counsel for each party; and

-1-

1      WHEREAS, lead trial counsel for plaintiffs Dara Miller and Dara Miller is scheduled to have hip surgery on June 20, 2011; and

     WHEREAS, counsel for plaintiffs have confirmed the Court's availability for Case Management Conferences two-weeks later on Thursday, July 7, 2011; and

     WHEREAS, there have been no previous time modifications in the case; and

     WHEREAS, a two-week continuation of the Initial Case Management Conference will not require a modification of the schedule for the case;

     NOW, THEREFORE, plaintiffs and defendants, through their respective counsel of record, hereby stipulate and jointly request that the Court enter an Order as follows:

     1.     That the Initial Case Management Conference scheduled for June 23, 2011 be continued to July 7, 2011, at 2:00 p.m.

     The concurrence in the filing of this document has been obtained from Misty A. Murray.

DATED: May 12, 2011

                                   BARTKO, ZANKEL, TARRANT & MILLER
                                   A Professional Corporation

                                   By _____
                                            Brian P. Villarreal
                                            Attorneys for Plaintiffs
                                   DARIUS MILLER and DARA MILLER

DATED: May 12, 2011

                                   BARGER & WOLEN LLP

                                   By            /s/         
                                              Misty A. Murray
                                            Attorneys for Defendants
                                   SECURITY LIFE OF DENVER INSURANCE
                                   COMPANY and ING AMERICA EQUITIES, INC.

-2-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  DATED: _____May 13_____, 2011

