UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIUS MILLER,

        Plaintiff(s),

      v.

SECURITY LIFE OF DENVER INSURANCE
COMPANY, et al.,

        Defendant(s).
_____/

No. C 11-1175 PJH

**ORDER SCHEDULING TELEPHONIC
CASE MANAGEMENT CONFERENCE**

      One or more of the parties has requested to appear telephonically at the Case

Management Conference ("CMC") scheduled for **July 7, 2011, at, 2:00 p.m.**.  The

courtroom is not equipped for telephonic appearances, but the court will conduct a

conference in chambers with **all** parties appearing telephonically before the regular CMC

calendar.  The conference will occur on **July 7, 2011 at 1:30 p.m.**  The party/attorney

requesting a telephonic appearance shall initiate the call to all parties and to the court at

(510) 637-1291.

      IT IS SO ORDERED.

Dated:  July 1, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28