UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARIUS MILLER and DARA MILLER, | No. C-11-01175 PJH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR DISCOVERY DEADLINES** |
| v. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES INC., a Colorado corporation; SOUTHLAND LIFE INSURANCE COMPANY, a Texas corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, plaintiffs Darius Miller and Dara Miller ("plaintiffs") and defendants Security Life of Denver Insurance Company and ING America Equities, Inc. ("defendants"), through their respective counsel, submit the following stipulation and proposed order re: extending time for discovery deadlines.

WHEREAS, on July 8, 2011 the Court issued a Case Management and Pretrial Order setting a Non-Expert Discovery Cutoff on December 30, 2011, Disclosure of Experts on January 4, 2012, and Expert Discovery Cutoff of February 15, 2012; and

WHEREAS, the Court also referred the matter to private mediation to be completed within 150 days; and

-1-

1  WHEREAS, on August 26, 2011 defendants filed a Third-Party Complaint against Third-Party Defendants Aviva Life and Annuity Company ("Aviva"), and George W. Shaeffer ("Shaeffer"); and

WHEREAS, on October 7, 2011, Entry of Default as to Shaeffer was entered; and

WHEREAS, on October 24, 2011, Aviva filed a Motion to Dismiss, set for hearing on December 14, 2011; and

WHEREAS, on October 31, 2011, Aviva declined defendants' request that it participate in the mediation, asserting that "the Third Party Complaint was filed against AVIVA on August 26, 2011, after entry of a court order requiring mediation;" and

WHEREAS, on November 11, 2011, plaintiffs and defendants held a mediation before the Hon. Ronald M. Sabraw (Ret.); and

WHEREAS, plaintiffs and defendants believe that the presence of all plaintiffs, defendants, and third-party defendants – including Aviva – would materially assist in a resolution of this case; and

WHEREAS, to obtain Aviva's participation, plaintiffs and defendants agreed to a subsequent mediation before the Hon. Ronald M. Sabraw (Ret.) on the earliest available, mutually agreeable, date in January 2012; and

WHEREAS, upon the resolution of Aviva's December 14, 2011 motion to dismiss, defendants will request the Court to order the participation of Aviva in the mediation; and

WHEREAS, Aviva has refused to stipulate or agree to participate in mediation; and

WHEREAS, plaintiffs and defendants desire the mediation to occur prior to the parties incurring costs associated with completing all depositions and designating experts; and

WHEREAS, plaintiffs and defendants agree that an extension of the deadlines for discovery cutoff dates and expert designation dates would facilitate settlement, and would not require a modification of the schedule for the case; and

-2-

2319.000/547409.1                    STIPULATION AND [PROPOSED] ORDER RE: EXTENDING TIME FOR
                                     DISCOVERY DEADLINES -- Case No.: C-11-01175 PJH

NOW, THEREFORE, plaintiffs and defendants, through their respective counsel of record, hereby stipulate and jointly request that the Court enter an Order as follows:

1. That the Non-Expert Discovery Cutoff be moved to February 29, 2012; and
2. That the Disclosure of Experts be moved to March 7, 2012; and
3. That the Expert Discovery Cutoff be moved to April 15, 2012; and

SO STIPULATED, THAT THE DISCOVERY DATES SHALL BE EXTENDED AS SET FORTH ABOVE.

DATED: December 8, 2011

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
Brian P. Villarreal
Attorneys for Plaintiffs
DARIUS MILLER and DARA MILLER

DATED: December 8, 2011

KIRBY NOONAN LANCE & HOGE LLP

By _____
Christopher T. Wright
Attorneys for Defendants/Third-Party Plaintiffs
SECURITY LIFE OF DENVER INSURANCE COMPANY and ING AMERICA EQUITIES, INC.

Pursuant to Stipulation, IT IS SO ORDERED:

DATED: December 12, 2011

_____
HAMILTON
District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

-3-