UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIUS MILLER, et al.,

    Plaintiffs,

    v.

SECURITY LIFE OF DENVER INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 11-1175 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendants' application for an order to show cause re contempt, and for all further discovery.

Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: February 17, 2012

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Lili, Assigned M/J, counsel of record