IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS MILLER, et al., | Case No.: 11-1175 PJH (JSC) |
| Plaintiffs, | **ORDER RE: DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT SANCTION SHOULD NOT ISSUE TO GEORGE W. SHAEFFER** (Dkt. No. 50) |
| v. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, et. al., | |
| Defendants. | |

Defendants' Motion for an Order to Show Cause Why a Contempt Sanction Should not issue to George W. Shaeffer (Dkt. No. 50) has been referred to the undersigned Judge. The hearing on Defendants' Motion for an Order to Show Cause is scheduled March 1, 2012 at 3:00 p.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Defendants shall serve Plaintiffs and non-party George W. Shaeffer with a copy of this order and file proof of service with this Court within three days.

**IT IS SO ORDERED.**

1  Dated: February 22, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE