IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS MILLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No: C11-1175 PJH (JSC)<br><br>**ORDER DENYING CONTEMPT SANCTION AGAINST GEORGE W. SHAEFFER** (Dkt. Nos. 50, 51) |

Now pending before the Court is Defendants' Motion joined by Plaintiffs for an Order to Show Cause as to why a contempt sanction should not issue against George W. Shaeffer for failing to appear at a properly noticed and subpoenaed deposition. (Dkt. Nos. 50, 51.) In light of the February 15, 2012 letter from George Schaeffer's psychiatrist, Dr. David Taylor, stating that Mr. Shaeffer is "extremely and acutely ill" and therefore unable to participate in "in any legal proceedings at this time" (Dkt. No. 62, Ex. A), this motion is DENIED without prejudice.

Pamela Shaeffer, George Shaeffer's wife, appeared on behalf of her husband at the March 1, 2012 hearing held on the motion and represented that she will search for documents in George Shaeffer's possession relating to Bruce Miller and provide any such documents to

Plaintiffs and Defendants.  The parties may also contact Pamela Shaeffer in six weeks to determine if George Shaeffer's health has improved such that a deposition can be scheduled at that time.

**IT IS SO ORDERED.**

Dated: March 2, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE