# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DARIUS MILLER *et al.*,

    Plaintiffs,

vs.

SECURITY LIFE OF DENVER INSUR. CO. *et al.*,

    Defendants.

Case No.: C-11-01175-YGR

**SCHEDULING AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Private Mediation to occur by: | June 29, 2012 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Not without leave of court |
| DISCOVERY CUTOFF: | July 30, 2012 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | September 25, 2012 |
| HEARING ON MOTION TO DISMISS: | April 17, 2012 at 2:00 p.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 3, 2012 |
| PRETRIAL CONFERENCE: | December 17, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, January 14, 2013 at 8:30 a.m. (Court Trial) |
| TRIAL LENGTH: | 5 days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

Because the Court cannot guarantee the above trial date, the Court encourages the parties to consent to the jurisdiction of a magistrate judge who can guarantee that trial date. Counsel shall

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

discuss this option with their clients, and then the parties shall meet and confer regarding same. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[2]

A compliance hearing shall be held on **Friday, April 13, 2012** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **April 12, 2012** at **2:00 p.m.**, counsel shall file a joint statement certifying that they discussed the option of consenting to magistrate judge jurisdiction with their clients and notifying the Court whether the parties will consent to try this case before a magistrate judge who can guarantee a specific trial date. If the parties will consent to magistrate judge jurisdiction, the parties may provide a list of those magistrate judges to whom they will agree to consent. The Court will then advise the parties whether their choice of magistrate judge(s) can guarantee their trial date. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Profiles can be found at http://cand.uscourts.gov/judges.