UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARIUS MILLER and DARA MILLER, | No. C-11-01175 YGR |
| Plaintiffs, | **STIPULATION AND [*MODIFIED*] ORDER RE: MODIFICATION OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION HEARING DEADLINE** |
| v. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES INC., a Colorado corporation; SOUTHLAND LIFE INSURANCE COMPANY, a Texas corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES, INC., a Colorado corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| AVIVA LIFE AND ANNUITY COMPANY, an Iowa corporation; GEORGE W. SHAEFFER, an individual, | |
| Third Party Defendants. | |

2319.000/588680.1

STIPULATION AND [*MODIFIED*] ORDER RE:  MODIFICATION OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE -- Case No. C-11-01175 YGR

| | |
|---|---|
| AVIVA LIFE AND ANNUITY COMPANY, | ) ) ) |
| Cross-Complainant in Interpleader, | ) ) |
| v. | ) ) ) |
| DARIUS MILLER and DARA MILLER, SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES INC., a Colorado corporation; and LAWRENCE W. KRIEGER, JR., in his capacity as Executor of the Estate of Bruce A. Miller, | ) ) ) ) ) ) ) ) |
| Cross-Defendants in Interpleader. | ) ) |
| SECURITY LIFE OF DENVER INSURANCE COMPANY; ING AMERICA EQUITIES, INC. | ) ) ) |
| Cross-Claimants, | ) ) |
| v. | ) ) |
| DARIUS MILLER AND DARA MILLER, LAWRENCE W. KRIEGER, JR., in his capacity as Executor of the Estate of Bruce A. Miller | ) ) ) ) |
| Cross-Defendants. | ) ) ) |

1  Pursuant to Civil Local Rule 6-2, plaintiffs Darius Miller and Dara Miller
2  ("plaintiffs"), defendants/third party plaintiffs Security Life of Denver Insurance Company and
3  ING America Equities, Inc. ("defendants"), third-party defendant Aviva Life and Annuity
4  Company ("Aviva"), and cross-defendant in interpleader Lawrence W. Krieger, through their
5  respective counsel, submit the following stipulation and proposed order re: modification of
6  discovery deadline and dispositive motion hearing deadline:

7  Prior to mediation, the parties took the deposition of plaintiff Dara Miller, and
8  F.R.C.P. 30(b)(6) depositions of defendants and Aviva.  The parties refrained from taking
9  additional depositions until after mediation.

10  On June 26, 2012, the parties completed an unsuccessful mediation before the Hon.
11  Ronald M. Sabraw (Ret.).  In an effort to accommodate the scheduling of additional depositions
12  sought by defendants and Aviva, the parties request an extension of the Discovery Cutoff from
13  July 30, 2012 to August 31, 2012.  Additionally, the parties have agreed to a corresponding
14  extension of the Dispositive Motion Hearing Date Cutoff from September 25, 2012 to October 30,
15  2012.

16  Prior the transfer of this action to this Court, and prior to Aviva's appearance in the
17  case, there had been two previous stipulated extensions of the Discovery Cutoff.  This Court also
18  modified the Discovery Cutoff after the transfer of this action to this Court.  The requested time
19  modifications will not alter the January 14, 2013 trial date in this case.

20  NOW, THEREFORE, the parties, through their respective counsel of record, hereby
21  stipulate and jointly request that the Court enter an Order as follows:

22  1.  That the Discovery Cutoff be moved to August 31, 2012.

23  2.  That the Dispositive Motion Hearing Date Cutoff be moved to October 30,
24  2012.

25  SO STIPULATED, THAT THE DATES SHALL BE MODIFIED AS SET FORTH
26  ABOVE.

-1-

2319.000/588680.1   STIPULATION AND [*MODIFIED*] ORDER RE:  MODIFICATION OF DISCOVERY
DEADLINE AND DISPOSITIVE MOTION DEADLINE -- Case No. C-11-01175 YGR

DATED: July __, 2012

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation


By _____
Brian P. Villarreal
Attorneys for Plaintiffs
DARIUS MILLER and DARA MILLER
and Cross-Defendant in Interpleader
LAWRENCE W. KRIEGER, JR.

DATED: July __, 2012

KIRBY NOONAN LANCE & HOGE LLP


By _____
Christopher T. Wright
Attorneys for Defendants/Third-Party Plaintiffs
SECURITY LIFE OF DENVER INSURANCE
COMPANY and ING AMERICA EQUITIES, INC.

DATED: July __, 2012

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation


By _____
J. Ethan McDaniel
Attorneys for Third-Party Defendants
AVIVA LIFE AND ANNUITY COMPANY


The parties understand that the modified schedule reduces by 30 days the amount of time the Court will have to render a decision on a summary judgment motion prior to the deadline for pretrial filing. Accordingly, the parties are advised that they may be required to prepare for trial without the benefit of such a decision.

This Order Terminates Docket Number 96.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: July 10, 2012

_____
**YVONNE GONZALES ROGERS**
**UNITED STATES DISTRICT JUDGE**

-1-

2319.000/588680.1   STIPULATION AND [*MODIFIED*] ORDER RE: MODIFICATION OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE -- Case No. C-11-01175 YGR