**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIUS MILLER and DARA MILLER,<br><br>            Plaintiffs,<br><br>   v.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY, ING AMERICA EQUITIES, INC. *et al.*,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C-11-01175-YGR<br><br>**ORDER GRANTING AVIVA LIFE & ANNUITY COMPANY'S APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY OF COURT** |

The Court having considered Aviva Life & Annuity Company's Application to Deposit Funds Into the Registry of the Court, and the Statements of Non-Opposition filed by all other parties to this action, and good cause appearing therefore.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Third Party Defendant Aviva Life & Annuity Company's Application to Deposit Funds Into the Registry of Court is hereby **GRANTED**. Aviva Life & Annuity Company shall pay the proceeds of Aviva Annuity No. 604215AAI, in the amount of $377,630.92, into the registry of the Court within fourteen (14) days from the date of this Order. Further, the Clerk of the Court is directed to receive those funds from Aviva and deposit them into the Registry of the Court.

This Order Terminates Docket Number 101.

**IT IS SO ORDERED**.
Dated: October 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**