**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DARIUS MILLER** *et al.*, | Case No.: 11-CV-01175 YGR |
| Plaintiffs, | **ORDER CONTINUING TRIAL DATE** |
| vs. | |
| **SECURITY LIFE OF DENVER INSURANCE COMPANY** *et al.*, | |
| Defendants. | |
| **AND RELATED ACTIONS** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Bench Trial in this matter is **CONTINUED** to **Tuesday, January 22, 2013**. All other dates remain unchanged.

**IT IS SO ORDERED.**

Date: November 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**