**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL TRIAL MINUTES**</u>

**Date:  January 14, 2013**                    **JUDGE: Yvonne Gonzalez Rogers**

**Case No:  C- 11-1175- YGR**            **Time: 9:35am-11:43am; 11:57am-1:07pm**

**Case Name: Miller v Security Life of Denver Ins. Co, et al.**

**Attorney(s) for Plaintiff:   John Bartko**
                                  **Jayne Laiprasert**

**Attorney(s) for Defendant: Deft Security Life: David Noonan**
                                              **Christopher Wright**
                        **Deft Aviva: Jeffrey Grantham**
                                  **Duncan MacDonald**

**Deputy Clerk: Frances Stone**                    **Court Reporter: Raynee Mercado**

**PROCEEDINGS**

**Bench Trial Began: 1/14/2013 - one witness only today**
**Further Bench Trial: Tuesday, January 22, 2013 at 8:30am**

**Trial Motions Heard:**

**Other: Case called. Discussion with counsel.**
     **Defendant Aviva attorney Grantham calls witness Virginia Dougan for**
     **Direct.**
     **Defendant Security Life attorney Noonan cross of witness Dougan; Plaintiff**
     **attorney Bartko cross; Defendant Aviva attorney Grantham redirect; Defendant**
     **Security Life attorney Noonan cross.**
     **Witness excused from stand, examination completed. Recess for the day.**

**Exhibits Admitted in evidence :**
 **Deft Aviva 652; Deft Aviva 653; Deft Aviva 654; Deft Aviva 655; Deft Aviva 656; Deft**
**Aviva 657; Deft Aviva 658; Deft Aviva 682; Deft Aviva 659;  Deft Aviva 674**

**Exhibits Admitted in evidence:**
**Deft Security Life 286; Deft Security Life 293; Deft Security Life 272; Deft Security Life**
**278; Deft Security Life 315; Deft Security Life 307**

**Notes:**