# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARIUS MILLER** *et al.*, | Case No.: 11-CV-01175 YGR |
| Plaintiff, | **ORDER CONTINUING COMPLIANCE HEARING** |
| vs. | |
| **SECURITY LIFE OF DENVER INSURANCE COMPANY** *et al.*, | |
| Defendant(s). | |
| **AND RELATED ACTIONS** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Compliance Hearing in this matter is **CONTINUED** from Friday, March 8, 2013 to **Friday, May 10, 2013** at **9:01 a.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: March 7, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**