UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DARIUS MILLER and DARA MILLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; ING AMERICA EQUITIES INC., a Colorado corporation; SOUTHLAND LIFE INSURANCE COMPANY, a Texas corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>AND ALL CROSS-ACTIONS. | Case No. c-11-01175 YGR  (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT**<br><br>**Trial Date:** January 14, 2013<br>**Dept.:**  Courtroom 3<br><br>**Judge**:   The Honorable<br>    Yvonne Gonzalez Rogers<br><br>**Magistrate Judge**: The Honorable<br>    Jacqueline Scott Corley |

Kirby Noonan Lance & Hoge LLP

Plaintiffs Darius Miller and Dara Miller, Defendants/Third-Party Plaintiffs Security Life of Denver Insurance Company and ING America Equities, Inc. (collectively "Security Life"), and Third-Party Defendant Aviva Life and Annuity Company ("Aviva"), and Cross-Defendant/Cross-Claim Defendant Lawrence W. Krieger, Jr., (collectively the "Parties"), through their respective counsel, submit the following stipulation and proposed order re: disbursement of $377,630.92 from the Registry of the Court, which funds were deposited by Aviva in connection with Aviva's Cross-Complaint for Interpleader.

WHEREAS, pursuant to this Court's previous order (Dkt. 129), Aviva deposited $377,630.92 with the Registry of the Court on October 5, 2012 (Dkt. 130), and

WHEREAS, the Parties have settled all claims related to this matter and on January 22, 2013 advised the Court that they had reached a settlement agreement (Dkt. 176).

WHEREAS, pursuant to the bank statement provided by the Court, as of February 6, 2013, the deposited funds have earned $57.01 in interest and incurred $6.35 in Registry fees, for a total balance of $377,687.93. A true and correct copy of the email and bank statement provided by Jesusa Nobleza to Christopher Wright on February 6, 2013 is attached hereto as Exhibit A and incorporated by reference herein.

NOW, THEREFORE, the Parties, through their respective counsel of record, hereby stipulate that Plaintiffs Darius Miller and Dara Miller may receive from the Registry of the Court the amount of $377,687.93 plus any additional applicable interest and less any additional applicable Registry Fees, payable to Bartko Zankel Tarrant & Miller Client Trust Account fbo Darius Miller and Dara Miller, tax identification number 94-2542676.

Payment shall be mailed to Plaintiffs' counsel of record:
    John J. Bartko, Esq.
    Bartko Zankel Tarrant & Miller
    900 Front Street, Suite 300
    San Francisco, CA 94111

SO STIPULATED.

[signatures appear on following pages]

KNLH\1067088.1     -1-     c-11-01175 YGR (JSC)
[PROPOSED] ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

| | | |
|---|---|---|
| 1 | DATED: February 25, 2013 | BARTKO, ZANKEL, TARRANT & MILLER<br>A Professional Corporation |

By: _____
John Bartko
Jayne Laiprasert
Attorney for Plaintiffs
DARIUS MILLER and DARA MILLER
and Cross-Defendant in Interpleader
LAWRENCE W. KRIEGER, JR.

DATED:  February 25, 2013        KIRBY NOONAN LANCE & HOGE LLP

By: _____
David J. Noonan
Christopher T. Wright
Attorneys for Defendants, Third Party Plaintiffs,
Cross-Defendants,
Counterclaimants, and Crossclaimants Security
Life of Denver Insurance Company  and ING
America Equities, Inc.

DATED: February 25, 2013        MAYNARD, COOPER & GALE, PC.

By: _____
Jeffrey Grantham
J. Ethan McDaniel
Attorneys for Third-Party Defendants
AVIVA LIFE AND ANNUITY COMPANY

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED that as soon as the business of his office allows, the Clerk of the Court shall withdraw and disburse from the Registry of the Court the amount of $377,687.93 plus any additional applicable interest and less any additional applicable Registry Fees, payable to Bartko Zankel Tarrant & Miller Client Trust Account fbo Darius Miller and Dara Miller, tax identification number 94-2542676.

Payment shall be mailed to Plaintiffs' counsel of record:
> John J. Bartko, Esq.
> Bartko Zankel Tarrant & Miller
> 900 Front Street, Suite 300
> San Francisco, CA 94111

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
The Honorable Yvonne Gonzalez Rogers
Judge of the U.S. District Court

Kirby Noonan Lance & Hoge LLP